## THOMAS MONROE WALTON *v.* STATE OF MARYLAND

[No. 137, September Term, 1977.]

* * *

## LYN JAYNE SILK *v.* STATE OF MARYLAND

[No. 138, September Term, 1977.]

*Decided May 8, 1978.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE, ORTH and COLE, JJ.

*John Grason Turnbull, II*, for appellant Thomas Monroe Walton. *Paul J. Feeley, Public Defender*, for appellant Lyn Jayne Silk.

*Stephen N. Rosenbaum, Assistant Attorney General*, with whom were *Francis Bill Burch, Attorney General, Clarence W. Sharp, Assistant Attorney General*, and *Gilbert H. Robinette, Assistant Attorney General*, on the brief, for appellee.

### O R D E R

The petitions for certiorari not having disclosed that the pertinent Maryland statute, controlling in these cases, Maryland Code (1957, 1976 Repl. Vol.), Article 27, § 125A, had been repealed by Chapter 692 of the Acts of 1977, effective July 1, 1977; and

The State having filed no answer in opposition to the petitions for a writ of certiorari pointing out the fact that § 125A had been repealed; and

It appearing, in view of the repeal of § 125A, that these cases do not involve the public interest within the

contemplation of § 12-203 of the Courts and Judicial Proceedings Article; therefore, it is this 8th day of May, 1978

ORDERED, by the Court of Appeals of Maryland, that the writs of certiorari be, and they are hereby, dismissed, petitions having been improvidently granted; and it is further

ORDERED that the State of Maryland shall pay all costs in these proceedings.